UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Suzanne Renee Perry

      v.                                          Civil No. 10-cv-359-JD

US Social Security Administration, Commissioner


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

      The Motion to Extend Time to Amend Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Motion to Extend Time to Amend Complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Motion to Extend Time to Amend Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                  */s/ Landya B. McCafferty*
                                                  Landya B. McCafferty
                                                  United States Magistrate Judge


Date: September 10, 2010

cc:     Suzanne Renee Perry, pro se