UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Suzanne Renee Perry</u>

            v.           Civil No. 10-cv-359-JD

<u>US Social Security Administration, Commissioner</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 1, 2010, no objection having been filed.

SO ORDERED.

November 24, 2010         <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                   Joseph A. DiClerico, Jr.
                                   United States District Judge

cc:   Suzanne Renee Perry, pro se